AO91 (Rev. 12/03) Criminal Complaint *Felony* AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.
Juan RODRIGUEZ
A076 284 431 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-15- 133-MJ

United States District Court
Southern District of Texas
FILED

FEB 0 4 2015

David J. Bradley, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 03, 2015 in Kenedy County, in the Southern District Of Texas defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Kenedy County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Highway operations near Armstrong, Texas on February 3, 2015. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on April 8, 2008. The defendant was convicted of Alien Unlawfully Found in the U.S. After Deportation on April 7, 2008. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant has $32.00 U.S. Dollars.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Garcia, Mauro  Border Patrol Agent
Signature of Complainant

Garcia, Mauro  Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 04, 2015                                    at        Brownsville, Texas
Date                                                                            City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                Title of Judge                    Signature of Judge